JS-6

**KALOUSTIAN LAW GROUP**
Harry S. Kaloustian (SBN 219679)
hkaloustian@gmail.com
Judith P. Chamussy (SBN 327503)
jchamussy@kaloustianlawgroup.com
6320 Canoga Avenue, Ste. 630
Woodland Hills, CA 91367
Telephone:  (818) 594-0739
Facsimile:  (818) 594-0852
Attorneys for Plaintiff,
MISSION TOWING, LLC

**LEWIS BRISBOIS BISGAARD & SMITH**
Brian C. Vanderhoof (SBN 248511)
Brian.Vanderhoof@lewisbrisbois.com
Jonathan Won (SBN 293910)
Jonathan Won@ lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, CA 94105
Tel: (213) 680-5064
Fax: (213) 250-7900
Attorneys for Defendant,
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION TOWING, LLC. <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-08934-FMO-MRW <br> Judge: Hon. Fernando M. Olguin <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL** |

-1-

ORDER GRANTING STIPULATION OF DISMISSAL

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

Plaintiff's action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with all parties to this action bearing their own attorney's fees and costs.

Dated: March 29, 2023

By: ___/s/_____
Honorable Hon. Fernando M. Olguin